1
 The People of the State of Colorado and the Guardian ad Litem In the Interest of S.K.F., Y.Y.F., and A.N.F., Children Petitioners v. R.J.F., Father Respondent No. 26SC177Supreme Court of Colorado, En BancJune 23, 2026
           Court
 of Appeals Case No. 25CA206
 
 
 
          Petitions
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the court of appeals erred in finding that the El Paso County
 Department (the "Department") restricted family
 time without a court order and thereby did not make
 reasonable efforts.
 
 
          [REFRAMED]
 Whether the court of appeals erred in failing to apply the
 clearly erroneous standard of review to the lower court's
 finding that reasonable efforts were made.
 
 
          [REFRAMED]
 Whether the court of appeals erred in construing section
 19-3-217, C.R.S. (2025) as being dispositive of whether
 reasonable efforts were made in this case.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.